AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| DEBRA L. INNOCENTI )<br>*Plaintiff* )<br>v. )<br>CENLAR FSB, )<br>*Defendant* ) | Civil Action No. SA-20-CV-248-DAE |

**FILED**
MAR 24 2020
CLERK, U.S. DISTRICT
WESTERN DISTRICT
BY _____ TEXAS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court GRANTS Cenlar's Motion to Dismiss, because allowing Plaintiff leave to amend her claims would be futile, the Court will DISMISS Plaintiff's claims. The Clerk's office is instructed to ENTER THIS JUDGMENT and CLOSE the CASE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Alan Ezra.

Date: 03/24/2020

CLERK OF COURT

*Wayne Garcia*
Signature of Clerk or Deputy Clerk